**In the United States District Court**

**For the District of Columbia**

**Seat of Government**

FILED
JAN - 5 2010
Clerk, U.S. District and Bankruptcy Courts

1. **The People of the State of South Carolina**
Jerry E Hartsoe Jr
2795 American Ave
West Columbia SC 29170
421 Pine Avenue
**Exrel; 2. Chappell Dew** - North Myrtle Beach, S.C.
3. **Jose Correa** - 368 Bent Oak DR.
Chapin, S.C.

**Civil Action No.** ____________________

4 **On relation by Charles C.: Miller**

**c/o 1204 Auburn Way N., # 416**

**Auburn, Washington**

**irsa.fedsuit.wash@privacyharbor.com**

**(253)218-7126**

**; and**

~~**Jerry E Hartsoe Jr** – 2795 American Ave. West Columbia, S.C.~~

**Complaint on Funds (Money) Loaned**

Case: 1:10-cv-00006
Assigned To : Leon, Richard J.
Assign. Date : 1/5/2010
Description: Pro Se Gen. Civil



1

**Plaintiffs**

**Vs.**

**FEDERAL RESERVE**

**A private stock company.**

1. **Eric S. Rosengren, dba ERIC S. ROSENGREN**
   **President and CEO, Federal Reserve Bank 1st District, Boston**
   **600 Atlantic Avenue**
   **Boston, MA 02210**
2. **William C. Dudley, dba WILLIAM C DUDLEY**
   **President, Federal Reserve Bank 2nd District, New York**
   **33 Liberty Street**
   **New York, N.Y. 10045-0001**
   **Christine M. Cumming, dba CHRISTINE M. CUMMING**
   **First Vice President, Federal Reserve Bank 2nd District, New York**
   **33 Liberty Street**
   **New York, N.Y. 10045-0001**
3. **Charles I. Plosser, dba CHARLES I. PLOSSER**
   **President, Federal Reserve Bank 3rd District, Philidelphia**
   **Ten Independence Mall**
   **Philidelphia, PA 19106-1574**
4. **Sandra Pianalto, dba SANDRA PIANALTO**
   **President and CEO, Federal Reserve Bank 4th District, Cleveland**
   **P.O. Box 6387**
   **Cleveland, Ohio 44101-1387**
5. **Jeffrey M. Lacker, dba JEFFREY M. LACKER**
   **President, Federal Reserve Bank 5th District, Richland**
   **701 East Byrd Street,**
   **Richmond, VA 23219**
6. **Dennis P. Lockhart, dba DENNIS P. LOCKHART**

President and CEO, Federal Reserve Bank 6th District, Atlanta
1000 Peachtree Street, N.E.
Atlanta, GA 30309

7. Charles Evans, dba CHARLES EVANS
President, Federal Reserve Bank 7th District, Chicago
230 South LaSalle Street
Chicago, Illinois 60604-1413

8. James Bullard, dba JAMES BULLARD
President, Federal Reserve Bank 8th District, St. Louis
P.O. Box 442
St. Louis, MO 63166-0442

9. Gary H. Stern, dba GARY H. STERN
President, Federal Reserve Bank 9th District, Minneapolis
90 Hennepin Avenue
Minneapolis, MN 55401

10. Thomas M. Hoenig, dba THOMAS M. HOENIG
President, Federal Reserve Bank 10th District, Kansas City
1 Memorial Drive
Kansas City, MO 64198-0001

11. Richard W. Fisher, dba RICHARD W. FISHER
President, Federal Reserve Bank 11th District, Dallas
2200 N. Pearl St.
Dallas, TX 75201

12. Janet L. Yellen, dba JANET L. YELLEN
President, Federal Reserve Bank 12th District, San Francisco
101 Market Street
San Francisco, CA 94105

**Defendants**

**COMPLAINT ON FUNDS (MONEY) LOANED**

**JURISDICTION**

**1. Jurisdiction of this court is invoked pursuant to Article Three Section One, Equity and Common Law; Laws of the United States; Controversy between a State and citizens of another State, citizens of different States; Section Two causes affecting public ministers; Article One in amendment of the Constitution, Redress of Grievance against instrumentality of the Government; Article Four of Amendment. "The right of the people to be secure in their houses against unreasonable seizures"; Article Seven in Amendment common law suits values over twenty dollars; Article Nine in Amendment certain rights reserved by the people; Article Ten in Amendment powers not delegated to the United States nor the States; United States Statutes, codes, regulation of authorities, Treaties, as more fully appears herein after.**

**2. Jurisdiction is accepted as offered by the United States for use of its District Court's powers at seat of Government pursuant to District of Columbia Code, under Article One Section Eight Clause 17, exclusive powers in the District. For Article III Full Judicial Powers application as found by reference to District of Columbia Code, 11 sec. 101; for Article One Section Eight, Clause Nine, Tribunals inferior to the Supreme Court, Public Law 91-358, Title 1 and III, Act of July 29, 1920, 84 Stat. 475; Personal Jurisdiction over Defendants pursuant to District of Columbia Code, 13 sec. 423, Public Law 98-358, Title 1 sec. 132(a); Act of July 29, 1920, 84 stat. 544, jurisdiction over enduring relationship, over conduct of those domiciled in or maintaining course of conduct, or being funded for services rendered in the District and/or services outside the District; inclusive of all evidence taken under the law as found by reference in District of Columbia Code 14 sec. 101.**

**PARTIES PLAINTIFF**

**A. The State of South Carolina,**

**3. Plaintiff, the State of South Carolina is a political body constructed by the One People, Relators herein, each on the soil within the exterior boundaries of the State of South Carolina, a trust whose beneficiaries are the One People constructing the political forum Republic, States in Union, the State of South Carolina which constructed The United States of America, a Republic under perpetual Title. The State of South Carolina is obligated to come forward to protect the equity of the One People by construction and constitution.**

**B. RELATORS**

**4. Relators are of the One People identified herein under personal affidavit of standing and capacity attached hereto:**

**1. Charles C.: Miller, 1204 Auburn Way N., #416, Auburn, Wash. (253)218-7126; irsa.fedsuit.wash@privacyharbor.com**

**2. Jerry E Hartsoe Jr, 2795 American Avenue, West Columbia, South Carolina (803)360-9561; irsa.fedsuit.s.c@privacyharbor.com**

**3. Jose Correa, 368 Bent Oak Drive, Chapin, South Carolina (407)461-8470; jcorrea@sc.rr.com**

**4. Chappell Dew 421 Pine Avenue, North Myrtle Beach, South Carolina (843)385-3838; cdew@dewshasit.com**

**Individual people acting in capacity of beneficiary to The Public Trust the State of South Carolina.**

**5. General Relators are pledged to the Republic as grantors, bailors and trustees to powers constructing the United States administration for States in Union, the Confederation, The United States of America, a perpetuity, 1781, as attached and fully incorporated pledge entered on record.**

**PARTIES DEFENDANT**

**A. FEDERAL RESERVE.**

**6. FEDERAL RESERVE is a person, a private corporation, constructed by Congress, a non governmental organization, under private ownership, a stock company constructed by Congress of the United States in agency to the People, Plaintiffs herein through the States in Republic Union, which operates in commerce, dealing in credit obtained from the sweat equity of the Plaintiffs.**

**7. Directors herein defendants are managers of the FEDERAL RESERVE sued in both corporate capacity and private capacities.**

**8. Directors, Defendants, are residents of the United States foreign to the states and the One People, each holding position under Public Trust by Assignment of Congress as Certified by Executive branch of the United States.**

**RELIEF**

**9. We, The People of the State of South Carolina demand an audit on value, current funds, fungibles (money) loaned to FEDERAL RESERVE which backs the private money, FEDERAL RESERVE NOTES, as issued and managed by Defendants, joint and several.**

**FACTS**

**10. Defendant FEDERAL RESERVE was created by Act of Congress, legal challenge to that act reserved herein nunc pro tunc, 1913. The purpose of the act is to insure stability of the United States financial system, to furnish an elastic currency, to afford the rediscounting of commercial paper, to establish a more effective supervision of banking in the United States, as assigned by Congress. Functions held by the FEDERAL RESERVE which include:**

**a. address the issue of bank panics;**

**b. to serve as Central Bank for the United States;**

**c. to balance private interest of banks and centralized responsibility of Government;**

**1. supervise and regulate banking institutions;**

**2. protect the credit rights of consumers;**

**d. manage the money supply through monetary policy;**

**e. maintain the stability of the financial system, and contain systemic risk in financial markets;**

**f. to provide financial services to depository institutions, the U.S. Government, and foreign official institutions, operate nations payment system;**

**g. to strengthen U.S. standing in the world economy.**

**11. The FEDERAL RESERVE has failed on all of it delegated powers with the exception of acting as Central Bank of the United States.**

**12. In 1963 the silver backing United States Dollars was removed. The basis of United States money system changed from Constitution mandate for money of exchange by weight and measure in silver in gold to that of fungible money of account, now issued as Fiat Currency and commercial paper.**

**13. Challenge to the 1913 FEDERAL RESERVE ACT and removal of gold and silver backing the United States money system is reserved at this point.**

**14. The People on the Land Constructed political bodies to administer their political needs. Counties and then States were created within defined exterior boundaries on direct authority of the One People. Again in direct authority duly delegated by the One People a national political body was created under Confederation 1781 entitled The United States of America a perpetual union of States. Later, 1787, Northwest Ordinance as executed under Confederation brought new States to the Confederation on equal footing. The United States was created by the States in Confederation Union 1787 under specific**

**and limited powers defined at Constitution for The United States of America which created the management administration unit the United States. The power to regulate money and its value was assigned to the United States Congress 1791. Congress assigned its money powers to the FEDERAL RESERVE 1913 and completed this assignment in 1933 and 1963 as well as later updates.**

**15. Complaint for ultra vires acts by the Federal corporation United States for breach of contract, the setting up of the States to act outside limited forms, gold and silver coin as Tender in Payment of Debts, under FEDERAL RESERVE Fiat Currency as debt discharge instead of payment is reserved at this point. Reserved is complaint against STATE OF South Carolina for failing to enforce the contract provisions of the United States Constitution and its delimiting clauses and sections upon the United States.**

**16. Current backing for FEDERAL RESERVE Fiat Currency is founded upon sweat equity provided by the Plaintiffs herein under accounting by United States Treasury and commercial paper, credit issued by the People, Plaintiffs herein, through local banks franchised by Defendant FEDERAL RESERVE as licensed by U.S. Treasury, Comptroller of Currency office.**

**17. Commercial paper herein is the system of deposits set up by Defendants wherein a note, promise to pay, issued by Plaintiffs, creates a Demand Deposit Account, a book entry, of an asset to the Defendants agents, local banks, with a matching liability on the agents books. The agent bank issues a check, new fiat currency, against the deposit while keeping the note to back the check, as an asset to the bank. Defendants herein require use of these asset funds to back their fiat currency as collected through its directed and regulated agents, local banks.**

**18. The Defendants enrich themselves from use of Plaintiffs sweat equity, promise to pay, a note, representing labor in the Future, as used to fund Defendants credit money disbursed via drawing rights to Defendant's agents local banks. In essence there is only one bank in the United States, Defendant, FEDERAL RESERVE, which in conjunction**

**with Comptroller of Currency at the United States Treasury authorizes local banks to act as servicers and collectors of notes, promises to pay, issued by Plaintiffs for exclusive holding by FEDERAL RESERVE and/or its agents or instrumentalities to fund the private money system.**

**COMPLAINT**

**19. The People, Relators herein allege that the State of South Carolina is a construction of the People of South Carolina, a political construction, an operating Public Trust holding Relators power as delegated under Constitution.**

**20. Relators allege the State of South Carolina is the proper party vehicle, a utility, to bring this suit as superior, the constructor of the United States under its Constitution, which holds power via the Contract Constitution to invoke original jurisdiction under such a contract.**

**21. Relators allege the State of South Carolina, no matter how currently administered at present, under whichever name or entity construction status, is obligated to bring this complaint on beneficiaries order represented herein.**

**22. Relators allege that as Citizens of the State of South Carolina each is benefiting under original public trust established by Original Constitution constructing the State of South Carolina who each hold power to issue orders for the processing of this suit.**

**23. Relators allege that Defendants are recipients of powers held in trust as assigned by the State of South Carolina to the United States, and that these original powers may never be altered even though current and past administration of theses original powers is different from those intended by original constructors. The powers held by Relators supersede all others later constructed or administered.**

**24. Relators allege that Defendants as recipients to these powers is bound by original Construction document creating FEDERAL RESERVE to provide audit on values taken from Relators and used by Defendant in the operation of its private for profit business, as an equity call.**

**25. Relators allege and complain that original powers assigned by Congress in agency to the State of South Carolina, and ultimately by the One People, Relators herein, have been wasted, abused, converted, and, that Defendant FEDERAL RESERVE, its current operators, individual defendants have:**

**a. Failed or refused with intent to insure the stability of the financial system of and for the United States;**

**b. Failed or refused with intent to address and control the problem of bank panics and in fact create bank panics for their own private gain and benefit at the expense of Plaintiffs;**

**c. Failed or refused with intent to keep balance between private interests and the ONE BANK, FEDERAL RESERVE, its agents, and centralized responsibility of government;**

**d. Failed or refused with intent to supervise properly the mandatory regulation of banking institutions;**

**e. Failed or refused with intent to protect credit rights of consumers, which they fail to provide by intent under the providing of a private money system to and for Relators, Plaintiffs herein, whereby consumers, Relators, have no access or accountability on funds provided;**

**f. Failed or refused with intent to manage the Nations, the Union of States of which the State of South Carolina is a member, money supply to achieve; maximum employment, stable prices, including both inflation and deflation, moderate long term interest rates;**

**g. Failed or refused with intent the providing for stable financial system to contain systemic risk in financial markets;**

**h. Failed or refused with intent to provide stable monetary system capable of responding to local liquidity needs;**

**i. Failed or refused with intent to maintain U.S. standing in the world economy and to strengthen that standing;**

**26. Relators allege and complain that the intent of FEDERAL RESERVE, its individually named directors as sued in both private and corporate capacity, is to entice, Relators in particular, along with all Americans, to be forced by operation of quasi law to use Defendants service of private money and regulations. Therewith, perfect the inducement to commercial slavery, economical serfdom, wherein Relators do not receive fair value for providing the very substance used by Defendants to operate the business of money within the State of South Carolina;**

**27. Plaintiffs allege and complain that FEDERAL RESERVE, agents, local banks, foreclose on homes knowing there is no proper legitimate contract to establish the local bank's position which results in unlawful, unreasonable seizure of secured houses;**

**28. Plaintiffs allege and complain that we are denied the benefits of the systems we created, Relators through their creation the State of South Carolina, with the State of South Carolina creators of Congress, both sets of Plaintiffs being denied rights under contract under which Defendants received benefit and profit;**

**29. Relators allege and complain that our value, sweat equity, our future labor is used to expand the private money supply of defendant FEDERAL RESERVE, and credit money, current funds in circulation were created from our past labor, without accounting for said use by which named Defendants enrich themselves and its self unjustly under intentional deception.**

**30. Relators allege and complain that we joint and several hold equity position in the current money system of the United States and that the State of South Carolina holds equity position over the United States instrumentality, Defendants joint and several herein;**

**31. Relators allege and complain that our equity has been used, abused, stolen, wasted, converted, through fraudulent inducement to believe Defendants joint and several, along with all their respondents inferiors, agents all, act in our best interest when before the whole world the stability of the United States financial system is in the process of collapse, disarray under exposed corruption by all those having affect upon the regulation of said money system of the United States;**

**32. Relators and the State of South Carolina, our construction, allege and complain that our equity, values taken, are superior to administration of public trust powers administered through Defendants relating to the current money, monetary, credit, systems;**

**33. Relators and our direct public trust agent the State of South Carolina, allege and complain that we are damaged in our American Way of Life by acts and omissions of Defendants and our equity is required absolutely to be accounted for by Defendants.**

RELIEF

**Wherefore: Plaintiffs joint and several demand that the Defendants provide accounting, a full independent, audit conducted by original equity providers in association with Defendants accountants for the disclosure of complete mechanisms applied to use and application of our equity wherein the values created from said equity the benefits of said equity are fully and completely disclosed to Plaintiffs in an open public forum via the open source, unfiltered internet.**

**Wherefore: Plaintiffs joint and several exercise our rights to political action for Redress of Grievance against Government instrumentality, and we demand under prior abuse of authority by United States agents, that protective order be issued to all United States agencies and agents inclusive of related Defendants agents under international Treaties for commerce, to regard each Relator as immune from process issued by any agency of the United States which operates off and from the private money system administered and operated by Defendants.**

**Wherefore: Plaintiffs demand all foreclosures on homes of any American be enjoined pending full audit on Plaintiff's, or any American's equity administered by Defendants.**

**Wherefore Relators herein represent all the people of the State of South Carolina. We recognize any and all Citizens of the State of South Carolina hold right to join this suit, and, we demand that this Court under purchase money security interest under purchase money resulting trust, this action, recognize any and all joinders to this suit presented by said Relators as an obligation of the United States to provide judicial power review under Constitution pursuant to this suit contract.**

**Done this 9th day of October, 2009**

**RELATORS**

Charles C. Miller P.P.

**Witness**

Jacqueline Fowler

**Witness**

**Witness**

DECLARATION

County Horry )

)

The State of South Carolina )

I, Chappell Dew, first giving my word, my bond that I have first hand personal knowledge of the facts here in, and herewith, do state under penalty of perjury under the laws of the State of South Carolina, that all my/our statements herein and herewith are true, correct, not intended to mislead;

I present this declaration in and for support of Complaint on Funds (Money) Lent, to be filed in the Article III Original Judicial Power Court of the United States, at Washington District of Columbia, seat of Government, in its United States District Court for the District of Columbia;

I am a living, breathing, human being, flesh and blood;

I proceed of my own free will for this matter;

I am not public property;

I object and deny to ever being deemed public property by any entity or person agents of Defendants or The United States or its instrumentalities;

I act in good faith to correct any mistakes that could be related to this suit herewith;

10 0006

I act with honorable intention in this matter;

FILED

JAN - 5 2010

Clerk, U.S. District and
Bankruptcy Courts

I hold an obligation to ensure my value, the equity of my labor transmitted to commercial fungible is not wasted, abused converted or used for any purpose to harm anyone or anything;

I am a member of the private contract trust, the political body engaged in Redress of Grievance against Government entity FEDERAL RESERVE, which is entitled INDIVIDUAL REIFICATION SOCIETY, an association of Free Americans operating under absolute promise issued by The United States binding all of its agents and instrumentalities to protect Me in my right to exercise political will through Redress via Courts of The United States;

I am beneficiary to the Public Trust, The State of South Carolina, a grantor to its powers and all derived powers there from;

I believe The State of South Carolina is the constructor of The United States and therefore superior to The United States and its money, financial system insurer, FEDERAL RESERVE;

I believe I have equity value, currently being administered under some sort of trust attaching my labor which is used to fund operations of the private money, financial system in The United States , its FEDERAL RESERVE of which I was never advised nor noticed;

I believe that as beneficiary of the Original Jurisdiction created by Original Construction for and of The State of South Carolina. I hold powers to demand my assets operating The Public Trust are required to receive my orders, the suit herewith as a matter of promised performance;

My reliance on The United States to keep its promises to any and all it affects is predicate upon the bonded word of its employees, agents and officials as their offered security which is an obligation held by The United States;

I believe I have been damaged by undisclosed use of my credit, my labor, my sweat equity under non audited financial structures operated by Defendants in the attached and fully incorporated suit to which I attach this Declaration in support as verified Complaint.

I attach my personal pledge to Restoration of The American Republic Forum and Form of Government as notice of standing and capacity before all the world.

Done this 9th day of October, 2009

Witness

Sui Juris

Witness

# FEDERAL RESERVE AUDIT SUIT PLEDGE

**I, Chappell Dew, being a free American, am not public property; I accept the promises of my government for Redress of Grievance and operate in association with other free Americans of like mind under reserved rights to the People, for the lawsuit in Washington District of Columbia under Complaint on value (money) lent to the FEDERAL RESERVE and never accounted for. I understand the taking of my value (sweat equity) establishes my equitable right for audit on funds taken.**

**I agree to support the suit and all members of our association to the best of my ability, do now donate $50.00 to INDIVIDUAL REIFICATION SOCIETY, the State Coordinator, Jerry E Hartsoe Jr.**

**DATED this 9th day of October, 2009.**

[signature]

# PLEDGE

**I, Chappell Dew,** a living, self recognized sentient being in service to My CREATOR do hereby pledge:

I do now and will seek peaceful resolution to conflict around Me: to the best of my ability.

I do now and will accept that what I create, or allow to be created, affects all that is around myself, my family and my friends.

I do now and will seek remedy to challenges facing Our County in harmony with others.

I do now and will forthrightly address all current government service and goods providers with respect, and invite them to join in finding remedy to issues affecting all Americans.

I do now and will hold all private, personal issues away from Republic forums and educate myself in order to find self directed solution to such.

I do now and will not trespass upon another's property (those choosing to remain chattel) and will share My intent and understanding with any one who asks.

I do now and will support those standing in The Republic without fail to the best of my ability as I would like to be supported.

I do now and will serve these principals, in trust when called upon to the benefit of the Republic, to the best of my ability.

To these principals, I pledge My life, my fortune and sacred honor.

Done this 9th day of October, 2009.

DECLARATION

County Lexington )

)

The State of South Carolina )

I, Jose Correa, first giving my word, my bond that I have first hand personal knowledge of the facts here in, and herewith, do state under penalty of perjury under the laws of the State of South Carolina, that all my/our statements herein and herewith are true, correct, not intended to mislead;

I present this declaration in and for support of Complaint on Funds (Money) Lent, to be filed in the Article III Original Judicial Power Court of the United States, at Washington District of Columbia, seat of Government, in its United States District Court for the District of Columbia;

I am a living, breathing, human being, flesh and blood;

I proceed of my own free will for this matter;

I am not public property;

I object and deny to ever being deemed public property by any entity or person agents of Defendants or The United States or its instrumentalities;

I act in good faith to correct any mistakes that could be related to this suit herewith;

I act with honorable intention in this matter;

I hold an obligation to ensure my value, the equity of my labor transmitted to commercial fungible is not wasted, abused converted or used for any purpose to harm anyone or anything;

I am a member of the private contract trust, the political body engaged in Redress of Grievance against Government entity FEDERAL RESERVE, which is entitled INDIVIDUAL REIFICATION SOCIETY, an association of Free Americans operating under absolute promise issued by The United States binding all of its agents and instrumentalities to protect Me in my right to exercise political will through Redress via Courts of The United States;

I am beneficiary to the Public Trust, The State of South Carolina, a grantor to its powers and all derived powers there from;

I believe The State of South Carolina is the constructor of The United States and therefore superior to The United States and its money, financial system insurer, FEDERAL RESERVE;

I believe I have equity value, currently being administered under some sort of trust attaching my labor which is used to fund operations of the private money, financial system in The United States , its FEDERAL RESERVE of which I was never advised nor noticed;

I believe that as beneficiary of the Original Jurisdiction created by Original Construction for and of The State of South Carolina. I hold powers to demand my assets operating The Public Trust are required to receive my orders, the suit herewith as a matter of promised performance;

My reliance on The United States to keep its promises to any and all it affects is predicate upon the bonded word of its employees, agents and officials as their offered security which is an obligation held by The United States;

I believe I have been damaged by undisclosed use of my credit, my labor, my sweat equity under non audited financial structures operated by Defendants in the attached and fully incorporated suit to which I attach this Declaration in support as verified Complaint.

I attach my personal pledge to Restoration of The American Republic Forum and Form of Government as notice of standing and capacity before all the world.

Done this 9th day of October, 2009

Witness

Sui Juris

Witness

# FEDERAL RESERVE AUDIT SUIT PLEDGE

**I, Jose Correa, being a free American, am not public property; I accept the promises of my government for Redress of Grievance and operate in association with other free Americans of like mind under reserved rights to the People, for the lawsuit in Washington District of Columbia under Complaint on value (money) lent to the FEDERAL RESERVE and never accounted for. I understand the taking of my value (sweat equity) establishes my equitable right for audit on funds taken.**

**I agree to support the suit and all members of our association to the best of my ability, do now donate $50.00 to INDIVIDUAL REIFICATION SOCIETY, the State Coordinator, Jerry E Hartsoe Jr.**

**DATED this 9th day of October, 2009.**

# PLEDGE

**I, Jose Correa,** a living, self recognized sentient being in service to My CREATOR do hereby pledge:

I do now and will seek peaceful resolution to conflict around Me: to the best of my ability.

I do now and will accept that what I create, or allow to be created, affects all that is around myself, my family and my friends.

I do now and will seek remedy to challenges facing Our County in harmony with others.

I do now and will forthrightly address all current government service and goods providers with respect, and invite them to join in finding remedy to issues affecting all Americans.

I do now and will hold all private, personal issues away from Republic forums and educate myself in order to find self directed solution to such.

I do now and will not trespass upon another's property (those choosing to remain chattel) and will share My intent and understanding with any one who asks.

I do now and will support those standing in The Republic without fail to the best of my ability as I would like to be supported.

I do now and will serve these principals, in trust when called upon to the benefit of the Republic, to the best of my ability.

To these principals, I pledge My life, my fortune and sacred honor.

Done this 9th day of October, 2009.

DECLARATION

County Lexington )

)

The State of South Carolina )

I, Jerry E Hartsoe Jr., first giving my word, my bond that I have first hand personal knowledge of the facts here in, and herewith, do state under penalty of perjury under the laws of the State of South Carolina, that all my/our statements herein and herewith are true, correct, not intended to mislead;

I present this declaration in and for support of Complaint on Funds (Money) Lent, to be filed in the Article III Original Judicial Power Court of the United States, at Washington District of Columbia, seat of Government, in its United States District Court for the District of Columbia;

I am a living, breathing, human being, flesh and blood;

I proceed of my own free will for this matter;

I am not public property;

I object and deny to ever being deemed public property by any entity or person agents of Defendants or The United States or its instrumentalities;

I act in good faith to correct any mistakes that could be related to this suit herewith;

I act with honorable intention in this matter;

I hold an obligation to ensure my value, the equity of my labor transmitted to commercial fungible is not wasted, abused converted or used for any purpose to harm anyone or anything;

I am a member of the private contract trust, the political body engaged in Redress of Grievance against Government entity FEDERAL RESERVE, which is entitled INDIVIDUAL REIFICATION SOCIETY, an association of Free Americans operating under absolute promise issued by The United States binding all of its agents and instrumentalities to protect Me in my right to exercise political will through Redress via Courts of The United States;

I am beneficiary to the Public Trust, The State of South Carolina, a grantor to its powers and all derived powers there from;

I believe The State of South Carolina is the constructor of The United States and therefore superior to The United States and its money, financial system insurer, FEDERAL RESERVE;

I believe I have equity value, currently being administered under some sort of trust attaching my labor which is used to fund operations of the private money, financial system in The United States , its FEDERAL RESERVE of which I was never advised nor noticed;

I believe that as beneficiary of the Original Jurisdiction created by Original Construction for and of The State of South Carolina. I hold powers to demand my assets operating The Public Trust are required to receive my orders, the suit herewith as a matter of promised performance;

My reliance on The United States to keep its promises to any and all it affects is predicate upon the bonded word of its employees, agents and officials as their offered security which is an obligation held by The United States;

I believe I have been damaged by undisclosed use of my credit, my labor, my sweat equity under non audited financial structures operated by Defendants in the attached and fully incorporated suit to which I attach this Declaration in support as verified Complaint.

I attach my personal pledge to Restoration of The American Republic Forum and Form of Government as notice of standing and capacity before all the world.

Done this 9th day of October, 2009

Witness

Sui Juris

Witness

# FEDERAL RESERVE AUDIT SUIT PLEDGE

**I, Jerry E Hartsoe Jr., being a free American, am not public property; I accept the promises of my government for Redress of Grievance and operate in association with other free Americans of like mind under reserved rights to the People, for the lawsuit in Washington District of Columbia under Complaint on value (money) lent to the FEDERAL RESERVE and never accounted for. I understand the taking of my value (sweat equity) establishes my equitable right for audit on funds taken.**

**I agree to support the suit and all members of our association to the best of my ability, do now donate $50.00 to INDIVIDUAL REIFICATION SOCIETY, the State Coordinator, Jerry E Hartsoe Jr.**

**DATED this 9th day of October, 2009.**

______________________________

# PLEDGE

**I, Jerry E Hartsoe Jr,** a living, self recognized sentient being in service to My CREATOR do hereby pledge:

I do now and will seek peaceful resolution to conflict around Me: to the best of my ability.

I do now and will accept that what I create, or allow to be created, affects all that is around myself, my family and my friends.

I do now and will seek remedy to challenges facing Our County in harmony with others.

I do now and will forthrightly address all current government service and goods providers with respect, and invite them to join in finding remedy to issues affecting all Americans.

I do now and will hold all private, personal issues away from Republic forums and educate myself in order to find self directed solution to such.

I do now and will not trespass upon another's property (those choosing to remain chattel) and will share My intent and understanding with any one who asks.

I do now and will support those standing in The Republic without fail to the best of my ability as I would like to be supported.

I do now and will serve these principals, in trust when called upon to the benefit of the Republic, to the best of my ability.

To these principals, I pledge My life, my fortune and sacred honor.

Done this 9th day of October, 2009.